IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ORLANDO PORCH,** : | |
|     **Plaintiff,** : | |
| vs. : | **CIVIL ACTION 06-0007-WS-B** |
| **DONAL CAMPBELL,** *et al.*, : | |
|     **Defendants.** : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's order.

DONE this 30th day of May, 2006.

                                                s/WILLIAM H. STEELE
                                                UNITED STATES DISTRICT JUDGE